IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WESLEY V. GIBBS, JR., | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:20-cv-178-JDK-KNM |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
|    Defendant. | § | |

**FINAL JUDGMENT**

The Court having considered Movant's case and rendered its decision by opinion issued this same date, hereby **ORDERS** that the above-styled civil action is **DISMISSED**, without prejudice, for the failure to comply with an order of the Court and the failure to prosecute. The Clerk of Court is directed to close the case.

So **ORDERED** and **SIGNED** this **4th** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE